FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 11 2015 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

MANUEL GUAZHCO,

    Plaintiff,

-against-

KUM GANG INC., et al.,

    Defendants.

------------------------------------------------------------------- X

13-CV-6104 (ARR)(VVP)

NOT FOR ELECTRONIC
OR PRINT PUBLICATION

ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case, issued orally on July 21, 2015, and confirmed in writing on August 6, 2015, from the Honorable Viktor V. Pohorelsky, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-874, 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Therefore, the court finds that the settlement agreement reached between the parties in this case was fair and reasonable, and it is hereby approved. Pursuant to the terms of the settlement agreement, the case remains open pending satisfaction of the settlement and subsequent filing of a stipulation of dismissal, Settlement Agreement, ¶ 5, and the court retains jurisdiction to enforce the terms of the agreement, id., ¶ 15.

SO ORDERED.                                    /s/ARR)

_____
Allyne R. Ross
United States District Judge

Dated:      August 7, 2015
            Brooklyn, New York